EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>EAD CONSTRUCTION, LLC AND )<br>MILLER ENTERPRISE GROUP, LLC, )<br>)<br>Defendants. ) | Case No. 4:25-cv-01176-AGF |

## **MEMORANDUM AND OPINION**

This matter is before the Court on Plaintiffs' Response to Show Cause Order. ECF No. 21. In their Response, Plaintiffs state that they have no objection to the Court's proposed reduction of the requested default judgment to $251,436.60, as outlined in the Court's November 24, 2025, Order to Show Cause.  ECF No. 20. Accordingly,

**IT IS HEREBY ORDERED** that the findings and conclusions in the Court's November 24, 2025, Order to Show Cause (ECF No. 20) are hereby **ADOPTED** and **INCORPORATED** herein by reference.

**IT IS FURTHER ORDERED** that Plaintiffs' motion for default judgment as amended is **GRANTED**.  ECF No. 18.  A Judgment against Defendants in the amount of $251,436.60 shall accompany this Memorandum and Order.

                                                     _____
                                                     AUDREY G. FLEISSIG
                                                     UNITED STATES DISTRICT JUDGE

Dated this 8th day of December, 2025.